# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASSIGNMENT OF JUDGES OF THE COURT OF COMMON PLEAS OF THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA TO A DIVISION OF SAID COURT | : No. 369 Common Pleas Judicial<br>: Classification Docket<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of December 2021, upon consideration of the Petitions of the Honorable Idee C. Fox, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the assignment of Judges to divisions of the court, it is hereby **ORDERED** that the Petitions are **GRANTED,** and the following assignments are approved:

Family Division

The Honorable Leanne Litwin
The Honorable Daniel Sulman
The Honorable Cateria R. McCabe
The Honorable John P. Sabatina
The Honorable Betsy Wahl
The Honorable Wendi Barish

Trial Division

The Honorable Nicholas Kamau
The Honorable Monica N. Gibbs
The Honorable Mark J. Moore
The Honorable Michelle D. Hangley
The Honorable Christopher R. Hall
The Honorable Craig Levin